IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7:23-cv-01177-FL

Clementine Brown,

   Plaintiff(s),

v.

Steadman Jody Greene, et

   Defendant(s).

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

William Rogers who is Defendant,
(name of party/intervenor) (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

   YES ◯  NO ◉

2. Does the party/intervenor have any parent corporations?

   YES ◯  NO ◉

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

   YES ◯  NO ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ◯    NO ⬤

5. Is the party/intervenor a trade association?

   YES ◯    NO ⬤

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

   N/A

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   _____          _____
   (Name of individual/entity)              (State of citizenship)

   If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

   Signature: /s/ Christopher J. Geis

   Date: September 14, 2023

2

Case 7:23-cv-01177-FL   Document 11   Filed 09/14/23   Page 2 of 3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for defendants (*Columbus County Sheriff William Rogers and Western Surety Company*) in this matter, and is a person of such age and discretion as to be competent to serve process.

I hereby certify that on September 14, 2023, I electronically filed the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP** with the Clerk of Court using the CM/ECF system which will also send an email notification to the following:

ADDRESS:

Narendra K. Ghosh
Trisha S. Pande
Patterson Harkavy LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27517
nghosh@pathlaw.com
tpande@pathlaw.com

*Attorneys for Plaintiff*

/s/ Christopher J. Geis
CHRISTOPHER J. GEIS
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3543
Facsimile: (336) 721-3660
Email: Chris.Geis@wbd-us.com
*Attorney for Defendants William Rogers and Western Surety Company*