UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:23-CV-1177-FL

| | |
|---|---|
| CLEMENTINE BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEADMAN JODY GREENE, in his ) <br> individual capacity, COLUMBUS COUNTY ) <br> SHERIFF WILLIAM ROGERS in his official ) <br> capacity; and WESTERN SURETY ) <br> COMPANY, in its capacity as Surety on the ) <br> Bond of the Sheriff of Columbus County, ) <br> ) <br> Defendants. ) | **DEFENDANT STEADMAN JODY GREENE'S** <br> **MOTION TO DISMISS** <br><br> **(Fed. R. Civ. P. 12(b)(6))** |

NOW COMES Defendant Steadman Jody Greene (hereinafter "Sheriff Greene"), in his individual capacity, by and through the undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully moves this Court for an order dismissing the claims against him.

In support of this motion, Sheriff Greene submits that the factual allegations within the complaint are insufficient to maintain either a federal or state claim for race-based employment discrimination claim against him. Sheriff Greene further submits that North Carolina public policy does not authorize wrongful discharge suits against defendants named in their individual capacities.

WHEREFORE, Sheriff Greene moves this Court for an order dismissing the claims against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 28th day of September, 2023.

>SUMRELL SUGG, P.A.
>*Attorneys for Defendant Steadman Jody Greene*
>
>BY: /s/Frederick H. Bailey, III
>State Bar No. 36603
>Post Office Drawer 889
>New Bern, North Carolina 28563
>Telephone: (252) 633-3131
>Facsimile: (252) 633-3507
>Email: fbailey@nclawyers.com

2

Case 7:23-cv-01177-FL   Document 15   Filed 09/28/23   Page 2 of 3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT STEADMAN JODY GREENE'S MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF System which will provide electronic notice to:

| | |
|---|---|
| Narendra K. Ghosh, Esq.<br>Email: nghosh@pahtlaw.com<br>Trisha S. Pande, Esq.<br>Email: tpande@pathlaw.com<br>Patterson Harkavy, LLP<br>100 Europa Drive, Suite 420<br>Chapel Hill, North Carolina 27517<br>*Attorneys for Plaintiff Clementine Brown* | Christopher J. Geis, Esq.<br>Womble Bond Dickinson (US) LLP<br>One West Fourth Street<br>Winston-Salem, North Carolina 27101<br>Email: Chis.Geis@wbd-us.com<br>*Attorney for Defendants William Rogers and Western Surety Company* |

This the 28th day of September, 2023.

SUMRELL SUGG, P.A.
*Attorneys for Defendant Steadman Jody Greene*

BY: /s/Frederick H. Bailey, III
State Bar No. 36603
Post Office Drawer 889
New Bern, North Carolina 28563
Telephone: (252) 633-3131
Facsimile: (252) 633-3507
Email: fbailey@nclawyers.com